ROSALIE DAVIS, an Infant, by EULA M. DAVIS, Her Natural Parent and Guardian, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 46577 — Motion M-9241.) — GABRIELLI, J.

610

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J. [50 Misc 2d 222.]